# Exhibit A

**District 1**

## Case Summary

**Case No. 2026L005679**

| | | | |
|---|---|---|---|
| **Renata Flasz -vs- Techtronic Industries North America, Inc.,TTI Outdoor Power Equipment, Inc.,Home Depot U.S.A., Inc.,TTI Consumer Power Tools, Inc.** | § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, D** **05/14/2026** **99756** |

---

### Case Information

| | |
|---|---|
| Case Type: | Other Personal Injury / Wrongful Death - Jury |
| Case Status: | **05/14/2026  Pending** |

### Assignment Information

**Current Case Assignment**
Case Number      2026L005679
Court            District 1
Date Assigned    05/14/2026
Judicial Officer  Calendar, D

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Flasz, Renata** | **Waisbren, Elise Anne** *Retained* 312-543-6359(W) 1311 West Chicago Chicago, IL 60642 |
| **Defendant** | **Home Depot U.S.A., Inc.** | |
| | **Techtronic Industries North America, Inc.** | |
| | **TTI Consumer Power Tools, Inc.** | |
| | **TTI Outdoor Power Equipment, Inc.** | |

---

### Events and Orders of the Court

07/14/2026   **First Time Case Management**  (10:00 AM)  (Judicial Officer: Chrones, Jeffery G)
        Resource: Location L2207 Court Room 2207
        Resource: Location D1 Richard J Daley Center

06/10/2026   
Electronic Notice Sent
    Party:  Plaintiff Flasz, Renata
    Party 2:  Attorney Waisbren, Elise Anne

05/21/2026   
Affidavit Of Service Filed
    *Affidavit of Service - Home Depot U.S.A., Inc.*
    Party:  Plaintiff Flasz, Renata
    *Affidavit of Service - Home Depot U.S.A., Inc.*

05/14/2026   New Case Filing

## Case Summary

**Case No. 2026L005679**

05/14/2026

Other Personal Injury Complaint Filed (Jury Demand)
*Complaint at Law with Jury Demand and Attorney Affidavit*
Party:   Plaintiff Flasz, Renata
Party 2:   Attorney Waisbren, Elise Anne
*Complaint at Law with Jury Demand and Attorney Affidavit*

05/14/2026

Summons Issued And Returnable
*Summons - Techtronic Industries North America, Inc.*
Party:   Plaintiff Flasz, Renata
Party 2:   Attorney Waisbren, Elise Anne
*Summons - Techtronic Industries North America, Inc.*

05/14/2026

Summons Issued And Returnable
*Summons - TTI Consumer Power Tools, Inc.*
Party:   Plaintiff Flasz, Renata
Party 2:   Attorney Waisbren, Elise Anne
*Summons - TTI Consumer Power Tools, Inc.*

05/14/2026

Summons Issued And Returnable
*Summons - TTI Outdoor Power Equipment, Inc.*
Party:   Plaintiff Flasz, Renata
Party 2:   Attorney Waisbren, Elise Anne
*Summons - TTI Outdoor Power Equipment, Inc.*

05/14/2026

Summons Issued And Returnable
*Summons - Home Depot U.S.A., Inc.*
Party:   Plaintiff Flasz, Renata
Party 2:   Attorney Waisbren, Elise Anne
*Summons - Home Depot U.S.A., Inc.*

**Civil Action Cover Sheet - Case Initiation**      **(12/01/21) CCL 0520**

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Renata Flasz

v.

Techtronic Industries North America, Inc., TTI Consumer Power Tools, Inc., TTI Outdoor Power Equipment, Inc., and Home Depot U.S.A., Inc.

No. _____

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ☐ No

FILED
5/14/2026 10:46 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar, D
38079999

**(FILE STAMP)**

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ■ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Elise A. Waisbren, Esq.
_____
(Attorney)             (Pro Se)

### COMMERCIAL LITIGATION

CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

_____

Primary Email: ewaisbren@womensinjury.law

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |  |
|---|---|---|
| RENATA FLASZ | ) | |
| | ) | Case No.: **2026L005679** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TECHTRONIC INDUSTRIES | ) | DEMAND FOR JURY TRIAL |
| NORTH AMERICA, INC.; TTI | ) | |
| CONSUMER POWER TOOLS, INC.; | ) | |
| TTI OUTDOOR POWER | ) | |
| EQUIPMENT, INC.; and | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, RENATA FLASZ, by and through her attorneys, WOMEN'S INJURY LAW GROUP, PLLC, complaining against the Defendants, TECHTRONIC INDUSTRIES NORTH AMERICA, INC. ("TTI North America"); TTI CONSUMER POWER TOOLS, INC. ("TTI Power Tools"); TTI OUTDOOR POWER EQUIPMENT, INC. ("TTI Outdoor"); and HOME DEPOT U.S.A., INC. ("Home Depot"), and in support thereof, states as follows:

1. Plaintiff, RENATA FLASZ, is and was at all times alleged herein, a resident of Cook County, Illinois.

2. At all relevant times, Defendant TECHTRONIC INDUSTRIES NORTH AMERICA, INC. ("TTI North America") was a corporation authorized to do business and regularly doing business in the State of Illinois, County of Cook.

1

3. At all relevant times, Defendant TTI CONSUMER POWER TOOLS, INC. ("TTI Power Tools") was a corporation authorized to do business and regularly doing business in the State of Illinois, County of Cook.

4. At all relevant times, Defendant TTI OUTDOOR POWER EQUIPMENT, INC. ("TTI Outdoor") was a corporation authorized to do business and regularly doing business in the State of Illinois, County of Cook.

5. Defendants TTI North America, TTI Power Tools, and TTI Outdoor will hereinafter be collectively referred to as the "TTI Defendants."

6. At all relevant times, Defendant HOME DEPOT U.S.A., INC. ("Home Depot") was a corporation authorized to do business and regularly doing business in the State of Illinois, County of Cook, where it operated a retail store located in Niles, Illinois.

7. The TTI Defendants and Home Depot will hereinafter be collectively referred to as "Defendants." At all times relevant herein, Defendants included and include any and all parents, subsidiaries, affiliates, divisions, franchises, partners, joint venturers, and organizational units of any kind, their predecessors, successors, and assigns, and their officers, directors, employees, agents, representatives, and any and all other persons acting on their behalf.

8. At all relevant times, the TTI Defendants designed, manufactured, labeled, marketed, sold, and distributed outdoor power equipment under the RYOBI brand, including through an exclusive retail arrangement with Defendant Home Depot.

9. The TTI Defendants' RYOBI-brand products sold through this arrangement included the subject RYOBI 40V HP 20" Brushless Push Mower, Model No. RY401170, Item No. 1006431841 (hereinafter "the subject mower"), which was sold at retail by Defendant Home Depot at its store located in Niles, Illinois, Cook County.

2

10.     At all relevant times, Defendants were engaged in the business of designing, manufacturing, marketing, selling, distributing, and placing into the stream of commerce the subject mower.

11.     At all relevant times, Defendant Home Depot was an active commercial partner in the distribution of the subject mower by virtue of its exclusive retail arrangement with the TTI Defendants, which gave Home Depot access to information regarding the safety, known defects, incidents, and complaints associated with the subject mower and similar RYOBI-brand products that was superior to that available to ordinary consumers.

12.     On or about June 15, 2025, Plaintiff Renata Flasz purchased the subject mower at Defendant Home Depot's retail store located in Niles, Illinois.

13.     On or about November 16, 2025, Plaintiff Renata Flasz was operating the subject mower at her residence in Cook County, Illinois, in a reasonably foreseeable manner and for its intended purpose.

14.     During operation, the subject mower malfunctioned and operated in a defective and unreasonably dangerous manner, causing Plaintiff's left foot to come into contact with the mower blade, resulting in catastrophic and permanent injuries, including the traumatic amputation of her left big toe, fractures to multiple additional toes, and severe lacerations to her left foot.

15.     The subject mower lacked adequate safety mechanisms that would have prevented blade contact with the user during foreseeable interactions with the blade area during ordinary use.

16.     The subject mower was defective and unreasonably dangerous at the time it left the control of each Defendant and entered the stream of commerce.

17.     The defective and unreasonably dangerous conditions of the subject mower included, but were not limited to, defects in design, manufacture, and/or warnings, including

3

inadequate blade guarding, inadequate protective barriers, failure of the mower's protective components during ordinary use, and/or failure to incorporate feasible safety mechanisms to prevent foreseeable contact between the user and the blade during ordinary use.

18.     Venue is proper in Cook County pursuant to 735 ILCS 5/2-101, in that the injuries giving rise to this action occurred in Cook County, Illinois, and Defendants regularly transact business in Cook County.

**COUNT I - NEGLIGENCE (TTI Defendants)**

1 - 18.    Plaintiff realleges Paragraphs 1-18 of this Complaint as though fully set forth herein.

19.     At all relevant times, the TTI Defendants, directly and/or through their employees, agents, and/or apparent agents, were under certain duties imposed by law.

20.     At all relevant times, the TTI Defendants had a duty to exercise reasonable care in the design, manufacture, assembly, testing, inspection, labeling, marketing, and distribution of the subject mower.

21.     The TTI Defendants, individually and/or through their agents and/or employees, breached their duty of care and were negligent in one or more of the following respects:

    a.  Designed, manufactured, and/or sold the subject mower in a defective and unreasonably dangerous condition;

    b.  Failed to design the subject mower with adequate blade guarding and/or protective barriers to prevent foreseeable contact between the user and the blade;

    c.  Failed to incorporate feasible safety mechanisms that would have prevented or reduced the risk of injury during foreseeable use;

4

d. Failed to adequately test and inspect the subject mower prior to placing it into the stream of commerce;

e. Failed to provide adequate warnings and/or instructions to consumers, including the Plaintiff;

f. Failed to provide adequate instructions regarding safe procedures for clearing debris during operation;

g. Were otherwise careless and negligent in the design, manufacture, testing, inspection, labeling, marketing, and/or distribution of the subject mower.

22. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the TTI Defendants, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

**COUNT II - NEGLIGENT FAILURE TO WARN (TTI Defendants)**

1 - 18. Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19. At all relevant times, the TTI Defendants, directly and/or through their employees, agents, and/or apparent agents, were under a duty to exercise reasonable care to warn consumers,

5

including the Plaintiff, of known or reasonably knowable dangers associated with the subject mower.

20.     At all relevant times, the TTI Defendants knew or in the exercise of reasonable care should have known of the risks of blade contact and/or serious injury to users of the subject mower during foreseeable use, including but not limited to foreseeable interactions with the blade area during ordinary operation and/or debris clearing procedures.

21.     The TTI Defendants, individually and/or through their agents and/or employees, breached their duty to warn and were negligent in one or more of the following respects:

    a.  Failed to provide adequate warnings regarding the risk of blade contact during foreseeable use of the subject mower;

    b.  Failed to provide adequate instructions regarding safe procedures for clearing debris during operation;

    c.  Failed to provide warnings that were sufficiently prominent, clear, and understandable to adequately inform consumers of the risks associated with foreseeable use;

    d.  Failed to update, revise, and/or supplement warnings and/or instructions upon learning of incidents, complaints, injuries, and safety issues associated with the subject mower and similar RYOBI 40V HP products, including those subject to safety recalls during the period relevant to this action;

    e.  Failed to provide adequate warnings in a language and manner reasonably accessible to the anticipated user population;

6

FILED DATE: 5/14/2026 10:46 AM  2026L005679

f.    Were otherwise negligent in failing to provide warnings and/or instructions adequate to render the subject mower reasonably safe for foreseeable users, including the Plaintiff.

22.    As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the TTI Defendants, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

### COUNT III - NEGLIGENCE (Home Depot)

1 - 18.    Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19.    At all relevant times, Defendant Home Depot, directly and/or through its employees, agents, and/or apparent agents, was under certain duties imposed by law.

20.    At all relevant times, Defendant Home Depot had a duty to exercise reasonable care in the sale, distribution, inspection, and marketing of the subject mower to members of the public, including the Plaintiff.

21.    Defendant Home Depot, individually and/or through its agents and/or employees, breached its duty of care and was negligent in one or more of the following respects:

7

a. Sold and distributed the subject mower in a defective and unreasonably dangerous condition;

b. Failed to adequately inspect the subject mower prior to offering it for sale to the public;

c. Sold and distributed the subject mower when it knew or should have known that it was defective and unreasonably dangerous;

d. Failed to provide adequate warnings and/or instructions to consumers, including the Plaintiff;

e. Failed to remove the subject mower from sale upon learning or having reason to know of its defective and dangerous condition;

f. Failed to utilize its superior access to information regarding known or knowable defects, complaints, and/or incidents associated with the subject mower and/or similar RYOBI-brand products to protect consumers, including the Plaintiff;

g. Failed to act upon safety communications, incident reports, and recall-related information regarding RYOBI 40V HP outdoor power equipment products received through its exclusive retail arrangement with the TTI Defendants during the period relevant to this action;

h. Was otherwise careless and negligent in the sale, distribution, inspection, and marketing of the subject mower.

22. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant Home Depot, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will

8

FILED DATE: 5/14/2026 10:46 AM   2026L005679

continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendant HOME DEPOT U.S.A., INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

## COUNT IV - STRICT LIABILITY DESIGN DEFECT (TTI Defendants)

1 - 18.    Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19.    At all relevant times, the TTI Defendants were engaged in the business of designing, manufacturing, marketing, selling and distributing the subject mower and were at all relevant times in the business of placing products such as the subject mower into the stream of commerce.

20.    Plaintiff Renata Flasz was a foreseeable user of the subject mower and was using the subject mower in a reasonably foreseeable manner at the time of the incident.

21.    The subject mower was defective and unreasonably dangerous when it left the control of the TTI Defendants in that it was defectively designed, including but not limited to one or more of the following respects:

    a.   Was designed without adequate blade guarding, protective barriers, and/or safety mechanisms to prevent foreseeable contact between the user and the blade;

    b.   Was designed in a manner that allowed its protective components to fail, thereby exposing the user to the blade;

9

c. Did not meet applicable industry and/or safety standards governing blade guarding and protective barriers;

d. Was capable of being designed more safely, as feasible alternative designs existed that would have reduced the risk of injury without substantially impairing the product's utility;

e. Was otherwise defectively designed in a manner rendering it unreasonably dangerous to foreseeable users, including the Plaintiff.

22. The defective design of the subject mower rendered it unreasonably dangerous beyond the extent contemplated by an ordinary consumer.

23. The TTI Defendants are strictly liable to the Plaintiff for designing, manufacturing, marketing, labeling, packaging, and selling a defective product.

24. As a direct and proximate result of the defective and unreasonably dangerous design of the subject mower, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

10

## COUNT V - STRICT LIABILITY MANUFACTURING DEFECT
### (TTI Defendants)

1 - 18. Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19.     At all relevant times, the TTI Defendants were engaged in the business of designing, manufacturing, marketing, selling and distributing the subject mower and were at all relevant times in the business of placing products such as the subject mower into the stream of commerce.

20.     Plaintiff Renata Flasz was a foreseeable user of the subject mower and was using the subject mower in a reasonably foreseeable manner at the time of the incident.

21.     The subject mower was defective and unreasonably dangerous when it left the control of the TTI Defendants in that it deviated from its intended design and/or was manufactured in a defective condition, including but not limited to one or more of the following respects:

a. Was manufactured with defective and/or inadequate blade guarding and/or protective components, including components that folded inward, collapsed, or became dislodged, thereby exposing the user to the blade;

b. Was manufactured with components that were defective in material and/or workmanship;

c. Deviated from the TTI Defendants' own design specifications and/or manufacturing standards, including by reason of improper assembly and/or inspection prior to being placed into the stream of commerce;

d. Was otherwise manufactured in a defective condition that rendered it unreasonably dangerous to foreseeable users, including the Plaintiff.

11

22. The defective manufacture of the subject mower rendered it unreasonably dangerous beyond the extent contemplated by an ordinary consumer.

23. The TTI Defendants are strictly liable to the Plaintiff for designing, manufacturing, marketing, labeling and selling a defective product.

24. As a direct and proximate result of the defective and unreasonably dangerous manufacture of the subject mower, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

### COUNT VI - STRICT LIABILITY FAILURE TO WARN (TTI Defendants)

1 - 18. Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19. At all relevant times, the TTI Defendants were engaged in the business of designing, manufacturing, marketing, selling and distributing the subject mower and were at all relevant times in the business of placing products such as the subject mower into the stream of commerce.

20. Plaintiff Renata Flasz was a foreseeable user of the subject mower and was using the subject mower in a reasonably foreseeable manner at the time of the incident.

12

FILED DATE: 5/14/2026 10:46 AM  2026L005679

21.     The subject mower was defective and unreasonably dangerous when it left the control of the TTI Defendants in that the TTI Defendants failed to provide adequate warnings and/or instructions with respect to the subject mower, including in one or more of the following respects:

   a. Failed to provide adequate warnings regarding the risk of blade contact during foreseeable use of the subject mower;

   b. Failed to provide adequate instructions regarding safe procedures for clearing debris during operation;

   c. Failed to provide warnings that were sufficiently prominent, clear, and understandable to adequately inform consumers, including the Plaintiff, of the risks associated with foreseeable use;

   d. Failed to update, revise, and/or supplement warnings and/or instructions upon learning of incidents, complaints, injuries, and safety issues associated with the subject mower and similar RYOBI 40V HP products, including those subject to safety recalls during the period relevant to this action;

   e. Failed to provide adequate warnings in a language and manner reasonably accessible to the anticipated user population;

   f. Failed to provide warnings and/or instructions adequate to render the subject mower reasonably safe for foreseeable users, including the Plaintiff.

22.     The failure to provide adequate warnings and/or instructions rendered the subject mower unreasonably dangerous beyond the extent contemplated by an ordinary consumer.

23.     The TTI Defendants are strictly liable to the Plaintiff for designing, manufacturing, marketing, labeling and selling a defective product.

13

24. As a direct and proximate result of the TTI Defendants' failure to provide adequate warnings and/or instructions, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

## COUNT VII - STRICT LIABILITY (Home Depot)

1 - 18. Plaintiff realleges and incorporates by reference paragraphs 1-18 as though fully set forth herein.

19. At all relevant times, Defendant Home Depot was engaged in the business of selling, distributing, and placing into the stream of commerce consumer products, including the subject mower, and derived substantial revenue from the sale of such products.

20. Defendant Home Depot sold the subject mower to the Plaintiff Renata Flasz at its retail store located in Niles, Illinois on or about June 15, 2025.

21. At the time Defendant Home Depot sold the subject mower to the Plaintiff, the subject mower was in a defective and unreasonably dangerous condition as described herein.

22. Defendant Home Depot sold the subject mower in the same defective and unreasonably dangerous condition in which it was received, without alteration or modification.

14

23.     Defendant Home Depot is strictly liable as a seller in the chain of distribution for placing the defective and unreasonably dangerous subject mower into the stream of commerce.

24.     Defendant Home Depot knew or should have known of the defective and dangerous condition of the subject mower by virtue of its exclusive retail arrangement with the TTI Defendants, through which Home Depot received safety communications, incident reports, warranty claims, and recall-related information regarding RYOBI-brand outdoor power equipment products during the period relevant to this action.

25.     Plaintiff Renata Flasz was a foreseeable user of the subject mower and was using the subject mower in a reasonably foreseeable manner at the time of the incident.

26.     As a direct and proximate result of the defective and unreasonably dangerous condition of the subject mower, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendant HOME DEPOT U.S.A., INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

### COUNT VIII - BREACH OF IMPLIED WARRANTY (TTI Defendants)

1 - 18.     Plaintiff realleges paragraphs 1-18 as though fully set forth herein.

19.     At all relevant times, the TTI Defendants were engaged in the business of designing, manufacturing, marketing, selling, and distributing the subject mower and impliedly

15

warranted to consumers, including the Plaintiff, that the subject mower was merchantable and fit for its ordinary intended purpose.

20. The subject mower was defective, unreasonably dangerous, not merchantable, and unfit for its ordinary intended purpose at the time it was sold and at the time it left the control of the TTI Defendants.

21. When Plaintiff Renata Flasz was operating the subject mower at her residence, including during ordinary use and foreseeable interactions with the mower during operation, she was using it for the ordinary purposes for which it was intended.

22. Plaintiff Renata Flasz relied upon the TTI Defendants' implied warranty of merchantability in purchasing and using the subject mower.

23. The TTI Defendants breached the implied warranty of merchantability by designing, manufacturing, and placing into the stream of commerce a mower that was not fit for its ordinary intended purpose.

24. As a direct and proximate result of the TTI Defendants' breach, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

25. Plaintiff provided TTI Defendants with written notice of her claims prior to filing this action.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendants TTI NORTH AMERICA, TTI CONSUMER POWER TOOLS, INC., and TTI OUTDOOR POWER EQUIPMENT, INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

16

## COUNT IX - BREACH OF IMPLIED WARRANTY (Home Depot)

1 - 18.     Plaintiff realleges paragraphs 1-18 as though fully set forth herein.

19.     At all relevant times, Defendant Home Depot was engaged in the business of selling and distributing consumer products, including the subject mower, and impliedly warranted to consumers, including the Plaintiff, that the subject mower was merchantable and fit for its ordinary intended purpose.

20.     Plaintiff Renata Flasz purchased the subject mower directly from Defendant Home Depot at its retail store located in Niles, Illinois on or about June 15, 2025, in reliance on that implied warranty.

21.     The subject mower was defective, unreasonably dangerous, not merchantable, and unfit for its ordinary intended purpose at the time it was sold to the Plaintiff by Defendant Home Depot.

22.     When the Plaintiff Renata Flasz was operating the subject mower at her residence, including during ordinary use and foreseeable interactions with the mower during operation, she was using it for the ordinary purposes for which it was intended.

23.     Plaintiff Renata Flasz relied upon Defendant Home Depot's implied warranty of merchantability in purchasing and using the subject mower.

24.     Defendant Home Depot breached the implied warranty of merchantability by selling a mower that was not fit for its ordinary intended purpose.

25.     As a direct and proximate result of Defendant Home Depot's breach, Plaintiff Renata Flasz sustained severe and permanent injuries, has incurred and will continue to incur medical expenses, has suffered and will continue to suffer pain, suffering, disability, disfigurement, and loss of a normal life, and has sustained lost income and lost earning capacity.

17

26. Plaintiff provided Defendant Home Depot with written notice of her claims prior to filing this action.

WHEREFORE, Plaintiff RENATA FLASZ demands judgment against Defendant HOME DEPOT U.S.A., INC. in an amount in excess of the statutory minimum of this court, together with interest and costs of this action.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully Submitted:

/s/ *Elise A. Waisbren*

Elise A. Waisbren, Esq.
Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
(773) 756-5716
ewaisbren@womensinjury.law
Firm ID: 99756

*Attorney for the Plaintiff*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| RENATA FLASZ | ) |
| | ) |
| Plaintiff | )      Case No.: |
| | ) |
| v. | ) |
| | ) |
| TECHTRONIC INDUSTRIES | ) |
| NORTH AMERICA, INC.; TTI | )      DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) |
| TTI OUTDOOR POWER | ) |
| EQUIPMENT, INC.; and | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

## ATTORNEY AFFIDAVIT FOR DAMAGES SOUGHT

I, ELISE A. WAISBREN, attorney for Plaintiff RENATA FLASZ, state under oath:

1. I am the attorney for the Plaintiff in this matter.

2. The total money damages sought exceed $50,000.00, exclusive of interests and costs.

/s/ *Elise Waisbren*

Elise A. Waisbren, Esq.
Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
ewaisbren@womensinjury.law
ARDC #: 6307256
Cook County Attorney ID: 99756

***Attorney for the Plaintiff***

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| RENATA FLASZ | ) | |
| | ) | |
| Plaintiff | ) | Case No.: |
| | ) | |
| v. | ) | |
| | ) | |
| TECHTRONIC INDUSTRIES | ) | |
| NORTH AMERICA, INC.; TTI | ) | DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) | |
| TTI OUTDOOR POWER | ) | |
| EQUIPMENT, INC.; and | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JURY DEMAND

The undersigned hereby demands a jury trial.

/s/ *Elise Waisbren*

Elise A. Waisbren, Esq.
Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
ewaisbren@womensinjury.law
ARDC #: 6307256
Cook County Attorney ID: 99756

***Attorney for the Plaintiff***

Case: 1:26-cv-06999 Document #: 1-1 Filed: 06/12/26 Page 25 of 35 PageID #:32

FILED
5/14/2026 10:46 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar, D
38079999

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| RENATA FLASZ | ) | |
| | ) | |
| Plaintiff | ) | Case No.: |
| | ) | |
| v. | ) | |
| | ) | |
| TECHTRONIC INDUSTRIES | ) | |
| NORTH AMERICA, INC.; TTI | ) | DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) | |
| TTI OUTDOOR POWER | ) | |
| EQUIPMENT, INC.; and | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## SUMMONS

To:  Techtronic Industries North America, Inc.
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

You have been sued. Read all documents attached to this Summons. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To participate in the case, you MUST file an official document with the court within the time stated on this Summons called an *"Appearance"* and a document called an *"Answer/Response"*. The Answer/Response is not required in small claims or eviction cases unless ordered by the court. If you do not file an Appearance and Answer/Response on time, the

1

court may decide the case without hearing from you, and you could be held in default and lose the case.

You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**To the officer**:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness _____

(Seal of Court)

5/14/2026 10:46 AM Mariyana T. Spyropoulos
_____
Clerk of Court

Plaintiff's Attorney: Elise A. Waisbren, Esq.

Address: Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500, Chicago, IL 60601

Telephone: (773) 756-5716

E-mail address: ewaisbren@womensinjury.law

2

FILED DATE: 5/14/2026 10:46 AM   2026L005679

Date of Service:                 _____

FILED
5/14/2026 10:46 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar, D
38079999

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| RENATA FLASZ | ) | |
| | ) | |
| Plaintiff | ) | Case No.: |
| | ) | |
| v. | ) | |
| | ) | |
| TECHTRONIC INDUSTRIES | ) | |
| NORTH AMERICA, INC.; TTI | ) | DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) | |
| TTI OUTDOOR POWER | ) | |
| EQUIPMENT, INC.; and | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### SUMMONS

To:  TTI Consumer Power Tools, Inc.
c/o Registered Agent, Corporate Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492

You have been sued. Read all documents attached to this Summons. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To participate in the case, you MUST file an official document with the court within the time stated on this Summons called an *"Appearance"* and a document called an *"Answer/Response"*. The Answer/Response is not required in small claims or eviction cases unless ordered by the court. If you do not file an Appearance and Answer/Response on time, the court may decide the case without hearing from you, and you could be held in default and lose the case.

1

You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**To the officer**:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness _____

(Seal of Court)

5/14/2026 10:46 AM Mariyana T. Spyropoulos

_____
Clerk of Court

Plaintiff's Attorney:  Elise A. Waisbren, Esq.

Address:  Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500, Chicago, IL 60601

Telephone:  (773) 756-5716

E-mail address:  ewaisbren@womensinjury.law

Date of Service:  _____

2

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
5/14/2026 10:46 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar, D
38079999

| | |
|---|---|
| RENATA FLASZ | ) |
| | ) |
| Plaintiff | ) Case No.: |
| | ) |
| v. | ) |
| | ) |
| TECHTRONIC INDUSTRIES | ) |
| NORTH AMERICA, INC.; TTI | ) DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) |
| TTI OUTDOOR POWER | ) |
| EQUIPMENT, INC.; and | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

## <u>SUMMONS</u>

To:  TTI Outdoor Power Equipment, Inc.
c/o Registered Agent, Corporate Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492

You have been sued. Read all documents attached to this Summons. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To participate in the case, you MUST file an official document with the court within the time stated on this Summons called an *"Appearance"* and a document called an *"Answer/Response"*. The Answer/Response is not required in small claims or eviction cases unless ordered by the court. If you do not file an Appearance and Answer/Response on time, the court may decide the case without hearing from you, and you could be held in default and lose the case.

1

FILED DATE: 5/14/2026 10:46 AM   2026L005679

You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**To the officer**:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness _____

(Seal of Court)

5/14/2026 10:46 AM Mariyana T. Spyropoulos

_____
Clerk of Court

Plaintiff's Attorney:   Elise A. Waisbren, Esq.

Address:   Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500, Chicago, IL 60601

Telephone:   (773) 756-5716

E-mail address:   ewaisbren@womensinjury.law

Date of Service:   _____

2

FILED
5/14/2026 10:46 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar, D
38079999

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| RENATA FLASZ | ) |
| | ) |
| Plaintiff | ) Case No.: |
| | ) |
| v. | ) |
| | ) |
| TECHTRONIC INDUSTRIES | ) |
| NORTH AMERICA, INC.; TTI | ) DEMAND FOR JURY TRIAL |
| CONSUMER POWER TOOLS, INC.; | ) |
| TTI OUTDOOR POWER | ) |
| EQUIPMENT, INC.; and | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

## SUMMONS

To:     Home Depot U.S.A., Inc.
        c/o Registered Agent Illinois Corporation Service Company
        801 Adlai Stevenson Drive
        Springfield, IL 62703

You have been sued. Read all documents attached to this Summons. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To participate in the case, you MUST file an official document with the court within the time stated on this Summons called an *"Appearance"* and a document called an *"Answer/Response"*. The Answer/Response is not required in small claims or eviction cases unless ordered by the court. If you do not file an Appearance and Answer/Response on time, the court may decide the case without hearing from you, and you could be held in default and lose the case.

1

You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**To the officer**:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness _____

(Seal of Court)

5/14/2026 10:46 AM Mariyana T. Spyropoulos

_____
Clerk of Court

Plaintiff's Attorney: Elise A. Waisbren, Esq.

Address: Women's Injury Law Group, PLLC
77 W. Wacker Drive, Suite 4500, Chicago, IL 60601

Telephone: (773) 756-5716

E-mail address: ewaisbren@womensinjury.law

Date of Service: _____

2

FILED
5/21/2026 9:29 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L005679
Calendar; D
38193153

ClientCaseID: 86498     CaseReturnDate: 5/14/26

Affidavit of A PRIVATE INVESTIGATOR

## COOK COUNTY STATE OF ILLINOIS, CIRCUIT COURT

Case Number **2026L005679**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS & COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **HOME DEPOT USA, INC.**
PERSON SERVED **ALYSSA MARINO, AUTHORIZED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **5/15/26**

That the sex, race and approximate age of the whom I left the **SUMMONS & COMPLAINT** are as follow:

**Sex** FEMALE **Race** WHITE     **Age** 23     **Height** 5'4"     **Build** 135#     **Hair** BRN

LOCATION OF SERVICE **801 ADLAI STEVENSON DR. SPRINGFIELD, IL, 62703**

Date Of Service **5/15/26**          Time of Service **9:30 AM**

JOHN PENNELL                                    5/15/2026

**A PRIVATE INVESTIGATOR**

PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Date: 6/10/2026

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
CHICAGO IL-60602

Flasz Renata

-

WaisbrenElise Anne
ewaisbren@womensinjury.law

Notice of In Person Case Management

CASE: 2026L005679 / Renata Flasz -vs- Techtronic Industries North America, Inc.,TTI Outdoor
Power Eq

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Tuesday  July  14  2026  10:00 AM
Room Court Room 2207 Calendar  D
For all questions on the initial CMC date,
email: LAW.CALDcc@cookcountyil.gov or phone: (312) 603-6058